# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE CONLEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF CALIFORNIA,<br><br>　　　　　Respondents.<br>_____/ | CV F   05-0822 OWW SMS HC<br><br>ORDER REGARDING PETITIONER'S REQUEST FOR PERMISSION TO FILE PETITION FOR WRIT OF HABEAS CORPUS<br><br>[Doc. 1] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On June 22, 2005, Petitioner filed a motion for permission to file a petition for writ of habeas corpus in this Court. The action was opened as a new case pursuant to 28 U.S.C. § 2254.

　　　In his motion, Petitioner indicates that on August 11, 2004, his petition for writ of habeas corpus was stamp filed by the California Supreme Court. Petitioner states that he has no recourse but to file in this Court. Petitioner is advised that the Court cannot and will not advise Petitioner whether he should file a habeas corpus petition in this Court. However, should Petitioner chose to do so, he must submit the petition on the form petition provided to him pursuant to this order. The Court cannot proceed with this case until a proper petition is filed and Petitioner has paid the $5.00 filing fee or submitted a complete in forma pauperis application.  If Petitioner does not wish to proceed with this action, he can do nothing in response to this order, and the case will be dismissed without prejudice.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed send Petitioner a form petition pursuant to 28 U.S.C. § 2254 and an application to proceed in forma pauperis;
2. Within thirty (30) days from the date of service, if Petitioner wishes to proceed with this action, he must submit a form petition pursuant to 28 U.S.C. § 2254;
3. Pay the $5.00 filing fee or submit a completed in forma pauperis application; and
4. Failure to comply with this order will result in the action being dismissed, without prejudice.

IT IS SO ORDERED.

Dated:   **August 22, 2005**              /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE