# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE CONLEY,<br><br>        Petitioner,<br><br>  v.<br><br>K.M. POWERS, Warden,<br><br>        Respondent.<br>_____/ | CV F  05-0822 OWW SMS HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS, AND DIRECTING CLERK OF COURT TO SERVE DOCUMENT<br><br>[Doc. 15] |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On December 23, 2005, Respondent filed a motion to dismiss the instant petition. On January 17, 2006, Petitioner filed an extension of time. Although Petitioner does not indicate the need for an extension of time, the Court presumes it is to file an opposition to Respondent's motion.

     First, the Court notes that Petitioner did not attach a copy of a proof of service to his motion indicating that he served a copy of the motion on Respondent. Pursuant to the Local Rules and the Federal Rules of Civil Procedure, all pleadings filed with the Court <u>must</u> <u>be</u> <u>served</u> <u>on</u> <u>the</u> <u>opposing</u> <u>party</u>. Local Rule 5-135(b); Fed.R.Civ.P. 5. In this one instance, the Court will excuse Petitioner's failure to serve Respondent and direct the Clerk of this Court to serve a copy of Petitioner's motion on Respondent as a courtesy. However, Petitioner is advised that future failure to serve Respondent will all documents filed in this action will result in the document being stricken from the record without consideration by the Court.

Good cause having been demonstrated, Petitioner's request for an extension of time to file an opposition to Respondent's motion is granted.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall serve a copy of Petitioner's motion for an extension of time, filed January 17, 2006, on Respondent; and

2. Petitioner is granted sixty (60) days from the date of service of this order in which to file an opposition to Respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:   January 27, 2006**             /s/ Sandra M. Snyder
ah0l4d                                  UNITED STATES MAGISTRATE JUDGE