# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE CONLEY, | CV F  05-0822 OWW SMS HC |
| Petitioner, | ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME |
| v. | |
| K.M. POWERS, Warden, | [Doc. 17] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pending before the Court is Petitioner's second request for an extension of time to file an opposition to Respondent's motion to dismiss, filed March 9, 2006.  Good cause having been shown, Petitioner's request is GRANTED, and Petitioner shall file a response to the motion to dismiss within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

**Dated:   April 3, 2006**              **/s/ Sandra M. Snyder**
ah0l4d                      UNITED STATES MAGISTRATE JUDGE

1