UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE CONLEY,<br><br>    Petitioner,<br><br>v.<br><br>K.M. POWERS, Warden,<br><br>    Respondent. | 1:05-cv-00822-OWW-SMS-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 19)<br><br>**ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** (Doc. 12)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On June 16, 2006, the Magistrate Judge filed Findings and Recommendations that Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus be GRANTED.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 16, 2006, are ADOPTED IN FULL;

2. Respondent's Motion to Dismiss, filed December 23, 2005, is GRANTED;

3. The Petition for Writ of Habeas Corpus is therefore DISMISSED, without prejudice; and,

4. The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:   August 6, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE